# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130362

JOHN T. ANDERSON, AMY A. BAUR,
MELISSA K. GOODNOE, BRET D.
GOODNOE, ROLAND HARMES, JR.,
DANIEL J. JONES, ELEANOR V.
LUECKE and THOMAS C. VOICE,
      Plaintiffs-Appellees,

v

      SC: 130362
      COA: 262168
      Ingham CC: 04-001522-CH

CHARTER TOWNSHIP OF MERIDIAN
and MERIDIAN TOWNSHIP BOARD
OF TRUSTEES,
      Defendants-Appellees,
and

LOUIS J. EYDE LIMITED FAMILY
PARTNERSHIP and GEORGE F. EYDE
LIMITED FAMILY PARTNERSHIP,
      Intervening Defendants-Appellants.
_____/

      On order of the Court, the application for leave to appeal the December 9, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

d0424

      Clerk